ADAMS, FROST & Co., *vs.* W. H. SMITH.

G. MULLER, *vs.* J. W. EARHEART.

ADAMS, FROST & Co., *vs.* T. P. LIDE.

The debtor, in a judgment on contract recovered before the adoption of the Constitution of 1868, may claim the homestead exemption allowed by that Constitution, as against the lien of such judgment.

Each of these cases involved the question decided in the case of *Kennedy*, (ante, p. 216,) namely, whether a homestead exemption may be claimed as against a judgment entered up before the adoption of the Constitution of 1868, and in each the result was the same as in that case; Willard, A. J., and Wright, A. J., holding that the exemption may be claimed, and Moses, C. J., dissenting.